IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OASIS TOOLING, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-151 (CJB) |
| | ) |
| SIEMENS INDUSTRY SOFTWARE INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiff Oasis Tooling, Inc. ("Oasis") and Defendant Siemens Industry Software, Inc. ("Siemens") wish to narrow the issues for summary judgement and trial:

IT IS HEREBY STIPULATED by the parties that Oasis will not seek damages arising from alleged acts of infringement of the Asserted Patents occurring before Oasis filed the Complaint on February 1, 2022. Oasis continues to assert its claim for damages for Siemens' alleged acts of infringement beginning February 1, 2022 and continues to assert that Siemens' alleged infringement was willful, including based on alleged conduct and knowledge from before February 1, 2022. Siemens disputes both infringement and willfulness.

- 2 -

| | |
|---|---|
| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Philip A. Rovner* | */s/ Karen Jacobs* |
| Philip A. Rovner (#3215)<br>Hercules Plaza<br>P.O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>provner@potteranderson.com | Karen Jacobs (#2281)<br>Cameron P. Clark (#6647)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>kjacobs@morrisnichols.com<br>cclark@morrisnichols.com |
| *Attorneys for Plaintiff Oasis Tooling, Inc.* | *Attorneys for Defendant Siemens Industry Software, Inc.* |
| February 16, 2024 | |

**SO ORDERED** this ___ day of _____ 2024.

_____
UNITED STATES DISTRICT JUDGE