**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| OASIS TOOLING, INC., a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 22-cv-00151-CJB |
| v. | ) ) | **PUBLIC VERSION** |
| SIEMENS INDUSTRY SOFTWARE, INC., a Delaware Corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF AARON FRANKEL IN SUPPORT OF
<u>PLAINTIFF OASIS TOOLING, INC.'S LETTER BRIEF REGARDING FEES</u>**

I, Aaron Frankel, declare as follows:

1.      I am a partner at Kramer Levin Naftalis & Frankel LLP, counsel of record for Plaintiff Oasis Tooling, Inc. ("Oasis").  I have personal knowledge of the facts stated herein and can testify competently to those facts.  I make this declaration in support of Oasis' Letter Brief Regarding Fees.

2.      Oasis incurred a total of $169,804.50 in fees and costs in connection with Siemens' reliance on untimely disclosed source code, as set forth below.

3.      Oasis incurred $⬛ in expert witness fees for Dr. Paul Min to review source code and prepare his June 18, 2024 Second Supplemental Rebuttal Expert Report ("Supplemental Report") to address the new source code evidence identified by Siemens.  Attached hereto as Exhibit 1 is a true and correct copy of Dr. Min's invoice.  Attached hereto as Exhibit 2 is a true and correct copy of Dr. Min's Supplemental Report.

4.      Oasis incurred $⬛ in travel costs for two attorneys to travel to Portland, Oregon from May 15 to May 17, 2024, to review Siemens' newly identified source code, including airfare, transfers, hotel, and meals.

5.      Oasis incurred $⬛ in attorneys' fees (⬛ hours) to prepare for and review source code and work with Dr. Min to prepare his Supplemental Report.  Attached hereto as Exhibit 3 is a listing of the corresponding time entries.

6.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from me to Michael Pearson, counsel for Siemens, dated July 18, 2024.

7.      Attached hereto as Exhibit 5 is a true and correct copy of email correspondence between Mr. Vandenberg and myself, dated July 18 and July 20, 2024.

1

I declare under penalty of perjury of the United States of America that the foregoing is true and correct.  Executed on August 23, 2024, in Allendale, New Jersey.

*/s/ Aaron Frankel*
Aaron Frankel

2