# Exhibit 1



84 W. Santa Clara Street
Suite 550
San Jose, CA 95113

408 261 8800
experts@teklicon.com
teklicon.com

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Invoice #  1007409
Invoice Date: 7/3/2024
Due Date: 8/2/2024

Oasis Tooling, Inc. v. Siemens Industry Software, Inc., 1:22-cv-151
Services Rendered by Paul Min
Project # 6323

| | Hours | Rate | Amount |
| --- | --- | --- | --- |
| ██████████████ | ██ | ██ | ██ |
| ██████████████ | ██ | ██ | ██ |
| ██████████████ | ██ | ██ | ██ |
| ██████████████ | ██ | ██ | ██ |
| ██████████████ | ██ | ██ | ██ |
| ████████████████ | ██ | ██ | ██ |
| ████████ | | | |
| ████████████████ | ██ | ██ | ██ |
| ████████ | | | |
| ██████████████ | ██ | | |
| ████████ | | | |
| ██████████████ | ██ | ██ | ██ |
| ██████████████ | ██ | ██ | ██ |
| ████████ | | | |
| ██████████████ | ██ | ██ | ██ |
| ████████ | | | |
| ██████████████ | ██ | ██ | ██ |
| ████████ | | | |
| ██████████████ | ██ | ██ | ██ |
| ████████ | ██ | | ██ |
| | | | ██ |

**TOTAL NOW DUE**

**HIGHLY CONFIDENTIAL**

# Exhibit 2

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# Exhibit 3

Kramer Levin



<u>Time Entries Relating to Responding to Siemens' Untimely Disclosed Source Code</u>

**HIGHLY CONFIDENTIAL**



**HIGHLY CONFIDENTIAL**

# Exhibit 4

# Kramer Levin



**Aaron M. Frankel**
Partner
**T** 212-715-7793
**F** 212.715.8000
afrankel@kramerlevin.com

July 18, 2024

**By Email**
Michael Pearson
Kirkland & Ellis LLP
1301 Pennsylvania Avenue, N.W.
Washington, D.C. 20004

Re:    Request For Reimbursement

Michael,

Pursuant to the Court's March 25, 2024 Oral Order (D.I. 280), Oasis requests reimbursement of $169,855 for its fees and costs incurred in connection with Siemens' reliance on untimely disclosed source code.  This request includes $███████ in expert witness fees for Dr. Paul Min to provide his June 18, 2024 Second Supplemental Rebuttal Expert Report, $███████ in attorneys' fees for source code review, development of rebuttal arguments, and work with Dr. Min, and $█████ in travel costs for the source code review.  Wire instructions are attached.

Very truly yours,

Aaron M. Frankel

# Kramer Levin



July 18, 2024
Michael Pearson

**<u>REMITTANCE</u>**
*Payment Due Upon Receipt*

| | |
|---|---|
| **TOTAL BALANCE DUE** | **$168,461** |

**All Checks Should be Payable to:**  Kramer Levin Naftalis & Frankel LLP
Reference: Oasis/Siemens

**Mail or Courier Payment to:**  Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Attention: Accounting Department

**Wire/ACH Payment to:**  Citibank, N.A.
153 E. 53rd Street, 23rd Floor
New York, NY 10022
ABA #: 021000089
Swift Code: CITIUS33
Account Name: Kramer Levin Naftalis & Frankel LLP Account AR
Acct #: ███████
Reference: Oasis/Siemens
Attn: Karen Robertson, 212.715.7654

**<u>IMPORTANT</u>**

**WE STRONGLY ADVISE THAT YOU OBTAIN VERBAL CONFIRMATION OF OUR WIRE OR OTHER DISBURSEMENT INSTRUCTIONS BEFORE INITIATING ANY TRANSFER OF FUNDS TO KRAMER LEVIN.  IN ADDITION, A REQUEST FOR MODIFICATION OF MONEY-TRANSFER OR DISBURSEMENT INSTRUCTIONS IS ONE OF THE RED FLAGS FOR ONLINE BANKING FRAUD.  ACCORDINGLY IF YOU RECEIVE A REQUEST TO MODIFY KRAMER LEVIN'S INSTRUCTIONS, ALWAYS OBTAIN VERBAL CONFIRMATION BEFORE MAKING THE MODIFICATION.**

**Questions regarding these wire instructions or receipt confirmation should be directed to:**

Karen Robertson/Associate Director, New York Office (212.715.7654)
Larry Gallo/Controller, New York Office (212.715.7763)
Margot Usdan, Managing Director, New York Office (212.715.9298)

**PLEASE RETURN THIS REMITTANCE COPY WITH YOUR PAYMENT**

KRAMER LEVIN NAFTALIS & FRANKEL LLP    SILICON VALLEY  | NEW YORK  |  WASHINGTON, DC |  PARIS

KL3 3708520.1

# Exhibit 5

| | |
|---|---|
| **From:** | John D. Vandenberg <john.vandenberg@klarquist.com> |
| **Sent:** | Saturday, July 20, 2024 10:21 AM |
| **To:** | Frankel, Aaron |
| **Cc:** | Andre, Paul, J.; Kobialka, Lisa; Hannah, James; Gilbert, Jennifer L.; Tirado, Carlos; provner@potteranderson.com; npedi@potteranderson.com; Pearson, Michael A.; Lomeo, James John; Arie Pellikaan; cclark@mnat.com; Mark W. Wilson; McIntee, Matt; Kristin L. Cleveland; KJacobs@MNAT.com; Kristina Cary; LoCascio, Gregg F. |
| **Subject:** | [EXTERNAL] RE: Oasis/Siemens: Request For Reimbursement |

Aaron,

It is premature for OTI to move for fees and costs and premature for the parties to entertain such a motion.

The Court's Judgment states that "Any request for costs, including under Federal Rule of Civil Procedure 54(d) and D. Del. LR 54.1 or motion for attorney's fees shall be extended until 21 days after (1) the issuance of a mandate from the Federal Circuit or any earlier termination of the appeals, or (2) the deadline for filing a notice of appeal, if no appeal is filed." (D.I. 314).

**John D. Vandenberg** | **Attorney**
**Klarquist**
**P.** 503.595.5300

---

**From:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Sent:** Thursday, July 18, 2024 1:19 PM
**To:** Pearson, Michael A. <mpearson@kirkland.com>; Lomeo, James John <james.lomeo@kirkland.com>; John D. Vandenberg <john.vandenberg@klarquist.com>; Arie Pellikaan <arie.pellikaan@klarquist.com>; cclark@mnat.com; Mark W. Wilson <mark.wilson@klarquist.com>; McIntee, Matt <matt.mcintee@kirkland.com>; Kristin L. Cleveland <kristin.cleveland@klarquist.com>; KJacobs@MNAT.com; Kristina Cary <kristina.cary@kirkland.com>; LoCascio, Gregg F. <glocascio@kirkland.com>
**Cc:** Andre, Paul, J. <PAndre@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Gilbert, Jennifer L. <JGilbert@KRAMERLEVIN.com>; Tirado, Carlos <CTirado@KRAMERLEVIN.com>; provner@potteranderson.com; npedi@potteranderson.com
**Subject:** Oasis/Siemens: Request For Reimbursement

Counsel,

Attached is Oasis' request for reimbursement of expenses incurred in connection with the Court's March 25, 2024 Oral Order (D.I. 280).

Aaron

1

Aaron M. Frankel
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.7793 **F** 212.715.8363
AFrankel@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.