# EXHIBIT 1

| | |
|---|---|
| **From:** | John D. Vandenberg |
| **To:** | Frankel, Aaron |
| **Cc:** | Andre, Paul, J.; Kobialka, Lisa; Hannah, James; Gilbert, Jennifer L.; Tirado, Carlos; provner@potteranderson.com; npedi@potteranderson.com; Pearson, Michael A.; Lomeo, James John; Arie Pellikaan; cclark@mnat.com; Mark W. Wilson; McIntee, Matt; Kristin L. Cleveland; KJacobs@MNAT.com; Kristina Cary; LoCascio, Gregg F. |
| **Subject:** | RE: Oasis/Siemens: Request For Reimbursement |
| **Date:** | Thursday, August 8, 2024 2:20:18 PM |

Aaron,

Mike and I are available for a call on Tuesday, Aug. 13, from 1 to 3 pm Eastern. Please send a calendar invite.

We do not agree that a meaningful meet and confer is possible without us first receiving and having time to study the documentation we've requested: "the documents showing and pertaining to both the amount actually paid by OTI and the reasonableness of that amount, including attorney and expert time records and invoices, records of payment made on those invoices by OTI, and any agreements pertaining to any third party paying all or part of the amounts in question."

Also, we do not agree with your description of the Court's relevant orders.

The Court ordered that "Plaintiff may seek from the Court reimbursement for reasonable fees and costs spent to pursue the additional discovery noted above regarding the 'commented out'/new source code issue." The Court also ordered that: "Any request for costs, including under Federal Rule of Civil Procedure 54(d) and D. Del. LR 54.1 or motion for attorney's fees shall be extended until 21 days after (1) the issuance of a mandate from the Federal Circuit or any earlier termination of the appeals, or (2) the deadline for filing a notice of appeal, if no appeal is filed."

Therefore, any motion now by OTI seeking an award of fees or cost would be premature.

**John D. Vandenberg** | **Attorney**
**Klarquist**
**P.** 503.595.5300

---

**From:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Sent:** Wednesday, August 7, 2024 6:34 PM
**To:** John D. Vandenberg <john.vandenberg@klarquist.com>
**Cc:** Andre, Paul, J. <PAndre@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Gilbert, Jennifer L. <JGilbert@KRAMERLEVIN.com>; Tirado, Carlos <CTirado@KRAMERLEVIN.com>; provner@potteranderson.com; npedi@potteranderson.com; Pearson, Michael A. <mpearson@kirkland.com>; Lomeo, James John <james.lomeo@kirkland.com>; Arie Pellikaan <arie.pellikaan@klarquist.com>; cclark@mnat.com; Mark W. Wilson <mark.wilson@klarquist.com>; McIntee, Matt <matt.mcintee@kirkland.com>; Kristin L. Cleveland <kristin.cleveland@klarquist.com>; KJacobs@MNAT.com; Kristina Cary <kristina.cary@kirkland.com>; LoCascio, Gregg F. <glocascio@kirkland.com>

**Subject:** RE: Oasis/Siemens: Request For Reimbursement

John,

The Court already determined that Oasis is entitled to reimbursement of its fees incurred due to Siemens' belated disclosure of new source code evidence.  This order was not contingent on the outcome of the case.

We are generally available on Monday and Tuesday for a meet and confer.  Please let us know a time that works for Siemens.  If Siemens is unwilling to participate in a meet and confer, Oasis will proceed to seek relief from the Court.

Aaron

Aaron M. Frankel
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.7793 **F** 212.715.8363
AFrankel@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** John D. Vandenberg <john.vandenberg@klarquist.com>
**Sent:** Friday, July 26, 2024 12:44 PM
**To:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Cc:** Andre, Paul, J. <PAndre@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Gilbert, Jennifer L. <JGilbert@KRAMERLEVIN.com>; Tirado, Carlos <CTirado@KRAMERLEVIN.com>; provner@potteranderson.com; npedi@potteranderson.com; Pearson, Michael A. <mpearson@kirkland.com>; Lomeo, James John <james.lomeo@kirkland.com>; Arie Pellikaan <arie.pellikaan@klarquist.com>; cclark@mnat.com; Mark W. Wilson <mark.wilson@klarquist.com>; McIntee, Matt <matt.mcintee@kirkland.com>; Kristin L. Cleveland <kristin.cleveland@klarquist.com>; KJacobs@MNAT.com; Kristina Cary <kristina.cary@kirkland.com>; LoCascio, Gregg F. <glocascio@kirkland.com>
**Subject:** [EXTERNAL] RE: Oasis/Siemens: Request For Reimbursement

Aaron,

As indicated in my earlier email, any such motion at this time would be premature. Before we talk, please send us your position on why that is not the case.

Also, before we talk, we want to review the documents showing and pertaining to both the amount actually paid by OTI and the reasonableness of that amount, including attorney and expert time records and invoices, records of payment made on those invoices by OTI, and any agreements pertaining to any third party paying all or part of the amounts in question. Please send us those documents and then we can schedule a call.

Thank you.


**John D. Vandenberg | Attorney**
**Klarquist**
**P.** 503.595.5300

---

**From:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Sent:** Thursday, July 25, 2024 4:42 PM
**To:** John D. Vandenberg <john.vandenberg@klarquist.com>
**Cc:** Andre, Paul, J. <PAndre@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Gilbert, Jennifer L. <JGilbert@KRAMERLEVIN.com>; Tirado, Carlos <CTirado@KRAMERLEVIN.com>; provner@potteranderson.com; npedi@potteranderson.com; Pearson, Michael A. <mpearson@kirkland.com>; Lomeo, James John <james.lomeo@kirkland.com>; Arie Pellikaan <arie.pellikaan@klarquist.com>; cclark@mnat.com; Mark W. Wilson <mark.wilson@klarquist.com>; McIntee, Matt <matt.mcintee@kirkland.com>; Kristin L. Cleveland <kristin.cleveland@klarquist.com>; KJacobs@MNAT.com; Kristina Cary <kristina.cary@kirkland.com>; LoCascio, Gregg F. <glocascio@kirkland.com>
**Subject:** RE: Oasis/Siemens: Request For Reimbursement


John,

Please let us know when you are available to meet and confer on this issue.

Aaron

Aaron M. Frankel
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.7793 **F** 212.715.8363
AFrankel@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication

is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** John D. Vandenberg <john.vandenberg@klarquist.com>
**Sent:** Saturday, July 20, 2024 1:21 PM
**To:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Cc:** Andre, Paul, J. <PAndre@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Gilbert, Jennifer L. <JGilbert@KRAMERLEVIN.com>; Tirado, Carlos <CTirado@KRAMERLEVIN.com>; provner@potteranderson.com; npedi@potteranderson.com; Pearson, Michael A. <mpearson@kirkland.com>; Lomeo, James John <james.lomeo@kirkland.com>; Arie Pellikaan <arie.pellikaan@klarquist.com>; cclark@mnat.com; Mark W. Wilson <mark.wilson@klarquist.com>; McIntee, Matt <matt.mcintee@kirkland.com>; Kristin L. Cleveland <kristin.cleveland@klarquist.com>; KJacobs@MNAT.com; Kristina Cary <kristina.cary@kirkland.com>; LoCascio, Gregg F. <glocascio@kirkland.com>
**Subject:** [EXTERNAL] RE: Oasis/Siemens: Request For Reimbursement

Aaron,

It is premature for OTI to move for fees and costs and premature for the parties to entertain such a motion.

The Court's Judgment states that "Any request for costs, including under Federal Rule of Civil Procedure 54(d) and D. Del. LR 54.1 or motion for attorney's fees shall be extended until 21 days after (1) the issuance of a mandate from the Federal Circuit or any earlier termination of the appeals, or (2) the deadline for filing a notice of appeal, if no appeal is filed." (D.I. 314).

**John D. Vandenberg** | **Attorney**
**Klarquist**
**P.** 503.595.5300

---

**From:** Frankel, Aaron <AFrankel@KRAMERLEVIN.com>
**Sent:** Thursday, July 18, 2024 1:19 PM
**To:** Pearson, Michael A. <mpearson@kirkland.com>; Lomeo, James John <james.lomeo@kirkland.com>; John D. Vandenberg <john.vandenberg@klarquist.com>; Arie Pellikaan <arie.pellikaan@klarquist.com>; cclark@mnat.com; Mark W. Wilson <mark.wilson@klarquist.com>; McIntee, Matt <matt.mcintee@kirkland.com>; Kristin L. Cleveland <kristin.cleveland@klarquist.com>; KJacobs@MNAT.com; Kristina Cary <kristina.cary@kirkland.com>; LoCascio, Gregg F. <glocascio@kirkland.com>
**Cc:** Andre, Paul, J. <PAndre@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Gilbert, Jennifer L. <JGilbert@KRAMERLEVIN.com>; Tirado, Carlos <CTirado@KRAMERLEVIN.com>; provner@potteranderson.com; npedi@potteranderson.com
**Subject:** Oasis/Siemens: Request For Reimbursement

Counsel,

Attached is Oasis' request for reimbursement of expenses incurred in connection with the Court's March 25, 2024 Oral Order (D.I. 280).

Aaron

**Aaron M. Frankel**
Partner

Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas, New York, New York 10036
**T** 212.715.7793 **F** 212.715.8363
AFrankel@KRAMERLEVIN.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.